```
Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Jeffrey Robbins, Bar No. 213271                    JS-6
jrobbins@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA  92614
Telephone:  949-852-6700
Facsimile:   949-261-0771

Attorneys for Plaintiff
OHIO CASUALTY INSURANCE COMPANY, an
Ohio corporation
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL REINFORCING CORPORATION, a California corporation, ESTEBAN EUGENE GUTIERREZ, an individual, TAMARA LYNN GUTIERREZ, an individual, the GUTIERREZ FAMILY TRUST, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 12-00510-ODW(AJWx)<br><br>[~~PROPOSED~~] JUDGMENT |

Plaintiff, THE OHIO CASUALTY INSURANCE COMPANY ("OCC"), and CENTRAL REINFORCING CORPORATION ("CRC"), ESTEBAN EUGENE GUTIERREZ, TAMARA LYNN GUTIERREZ and the GUTIERREZ FAMILY TRUST (collectively "DEFENDANTS") having agreed to the entry of judgment in favor of OCC,

/ / /

/ / /

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered against CENTRAL REINFORCING CORPORATION, ESTEBAN EUGENE GUTIERREZ, TAMARA LYNN GUTIERREZ and the GUTIERREZ FAMILY TRUST and in favor of OHIO CASUALTY INSURANCE COMPANY in the amount of $4,316,812.20.

Dated: May 9, 2013

_____
Honorable Otis D. Wright II

8356961.1 103083.00018